UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

UNITED STATES OF AMERICA,

    Plaintiff,

v.

MATTHEW KENT LARSEN,

    Defendant.

**13 CR 238**

Case No:
[16 U.S.C. §§ 703 and 707(a)]

Green Bay Division

*USDC EDWI FILED IN GREEN BAY DIV — NOV 27 — AT ___ O'CLOCK ___ M — JON W. SANFILIPPO*

## INFORMATION

### COUNT ONE

**THE UNITED STATES ATTORNEY CHARGES THAT:**

On July 21, 2013, in the State and Eastern District of Wisconsin,

**MATTHEW K. LARSEN,**

without being permitted to do so, did pursue, hunt, take, and kill a migratory bird, more specifically, a Whooping Crane.

All in violation of Title 16, United States Code, Sections 703 and 707(a).

_____
JAMES L. SANTELLE
United States Attorney

November 26, 2013
Date